**2007–2252.  State v. Cox.**
Franklin App. No. 06AP–1053, 2007-Ohio-5654.

**2007–2255.  State v. Rahe.**
Franklin App. No. 06AP–997, 2007-Ohio-5864.

**2007–2257.  State v. Sanders.**
Portage App. No. 2006–P–0062, 2007-Ohio-5613.

**2007–2262.  Berlin v. Thompson.**
Stark App. No. 2007CA00115, 2007-Ohio-5700.

**2007–2263.  State v. Campbell.**
Hamilton App. No. C–060981, 2007-Ohio-5742.

**2007–2264.  State v. Moser.**
Richland App. No. 07CA10, 2007-Ohio-5811.

**2007–2265.  State v. Kimpel.**
Williams App. No. WM–07–008, 2007-Ohio-6129.

**2007–2266.  State v. Hart.**
Hamilton App. No. C–060686, 2007-Ohio-5740.
    LUNDBERG STRATTON, J., dissents and would accept the appeal and hold the cause for the decision in 2007–0595 and 2007–0651, *State v. Cabrales,* Hamilton App. No. C–050682, 2007-Ohio-857.

**2007–2270.  State v. Hashman.**
Lorain App. No. 06CA008990, 2007-Ohio-5603.
    O'DONNELL, J., dissents.

**2007–2271.  Doe v. Robinson.**
Lucas App. No. L–07–1051, 2007-Ohio-5746.
    LUNDBERG STRATTON and O'DONNELL, JJ., dissent.
    LANZINGER, J., not participating.

**2007–2273.  State v. Skinner.**
Lorain App. No. 06CA009023, 2007-Ohio-5601.

**2007–2282.  State v. Harris.**
Hamilton App. No. C–060989.
    LANZINGER, J., dissents and would accept the appeal on Proposition of Law No. II and hold the cause for the decision in 2007–0394, *State v. Hairston,* Franklin App. No. 06AP–420, 2007-Ohio-143.

**2007–2283.  State v. Markovanovich.**
Summit App. No. 23572, 2007-Ohio-5676.
    CUPP, J., dissents and would accept the appeal on Proposition of Law No. I.

**2007–2307.  State v. Hammond.**
Franklin App. No. 07AP–205, 2007-Ohio-5921.

**2007–2308.  Boling v. Dimeche & Vlado, Inc.**
Franklin App. No. 07AP–146, 2007-Ohio-5795.

**2007–2309.  State v. Brown.**
Warren App. No. CA2006–10–120, 2007-Ohio-5787.
    MOYER, C.J., and LANZINGER, J., dissent.

**2007–2319.  State v. Moore.**
Franklin App. No. 07AP–309, 2007-Ohio-5797.

**2007–2336.  State v. Fikes.**
Hamilton App. No. C–060581, 2007-Ohio-5870.

**2007–2337.  State v. Black.**
Hamilton App. No. C–060861, 2007-Ohio-5871.